STURGISS et al. v. MEURER et al. (Circuit Court of Appeals, Fourth Circuit. December 9, 1911.) No. 1,030. Cross-Appeals from the District Court of the United States for the Northern District of West Virginia, at Clarksburg, in Bankruptcy. Upon motion of Jacob Meurer, W. J. Logan, and others, appellees, in open court, to certify the controversy to the Supreme Court of the United States under subsection 2(d) of section 25 of the bankruptcy act of July 1, 1898 (30 Stat. 553, c. 541 [U. S. Comp. St. 1901, p. 3432]). See, also, In re Morgantown Tin Plate Co. (D. C.) 184 Fed. 109; Sturgiss v. Meurer (C. C. A.) 191 Fed. 9. Reese Blizzard, for the motion. B. M. Ambler, opposed.

† Rehearing denied January 30, 1912.

Before PRITCHARD, Circuit Judge, and McDOWELL and CONNOR, District Judges.

PER CURIAM. Motion overruled. Columbus Watch Co. v. Robbins, 148 U. S. 266, 13 Sup. Ct. 594, 37 L. Ed. 445; Railroad Co. v. Thompson, 200 U. S. 206, 26 Sup. Ct. 161, 50 L. Ed. 441; Dickenson v. U. S., 174 Fed. 808, 98 C. C. A. 516.